\*\* **E-filed October 18, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS BUENZ, an individual doing business as 680 HOMES and DAB MARKETING, INC., a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>PARMA GROUP, INC., a California corporation, and UWE MAERCZ,<br><br>            Defendant.<br>_____/ | No. C11-04037 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 5]** |

The court is informed that the parties have reached a settlement. Accordingly, all pending case management appearances are vacated. On or before **December 20, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed, all parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, CA 95113 on **January 3, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **December 27, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: October 18, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04037 HRL Notice will be electronically mailed to:**

Patrick E. Guevara    pguevara@randicklaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**